**[J-74-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 54 MAP 2022 |
| | : | |
| Appellee | : | Appeal from the Superior Court |
| | : | Order dated July 22, 2021 at No. |
| | : | 1559 MDA 2020 Affirming the |
| v. | : | Clinton County Court of Common |
| | : | Pleas, Criminal Division, PCRA |
| | : | Order dated November 24, 2020 at |
| CHARLES ALBERT SHAFFER, JR., | : | No. CP-18-CR-55-2015. |
| | : | |
| Appellant | : | SUBMITTED:  October 6, 2022 |

## ORDER

**PER CURIAM**                                             **DECIDED:  January 19, 2023**

AND NOW, this 19th day of January, 2023, the appeal is **DISMISSED** as having been improvidently granted.